BETTY L. SCHMELZEL, Respondent, *v.* CLARENCE SCHMELZEL, Appellant. (Appeal No. 2.)

Argued October 7, 1941; decided November 27, 1941.

*J. Fearon Brown* for appellant.

*Sidney M. Wittner* for respondent.

Appeal dismissed, with costs, on the ground the order is not a final order. No opinion. (See 287 N. Y. 752.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.